# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| CYNTHIA WILBURN ARTHUR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of the )<br>Social Security Administration, )<br>)<br>Defendant. ) | Civil Action No. 5:21-cv-01514-KDW |

## ORDER

AND NOW, this 12th day of October, 2022, upon consideration of the Parties' STIPULATION it is hereby,

ORDERED that that the previously filed Equal Access to Justice Act ("EAJA") Petition, ECF No. 23, is hereby withdrawn;

It is further ORDERED that Plaintiff, Cynthia Wilburn Arthur, is awarded attorney fees in the amount of Four Thousand Seven Hundred Fifty Dollars and 00/100 Cents ($4,750.00) under 28 U.S.C. § 2412(d) of the EAJA. This award will be paid directly to Plaintiff, Cynthia Wilburn Arthur, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the stipulated award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the stipulated award in this Order to the extent necessary to satisfy such debt(s).

October 12, 2022  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge